UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ABEL ABAD-MORALES,

Defendant.

**ORDER**

22 Cr. 50 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant Abel Abad-Morales, currently scheduled for May

10, 2022, is adjourned to **May 17, 2022 at 4:00 p.m.** in Courtroom 705 of the Thurgood

Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      May 9, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge